**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
:
THOMAS CRONIN,                                             :
:
                  Plaintiff,     :        19-CV-464 (OTW)
:
        -against-                                        :          **ORDER**
:
THE LONG ISLAND RAILROAD COMPANY,                         :
:
              Defendant.     :
:
----------------------------------------------------------x

     **ONA T. WANG, United States Magistrate Judge:**

     The Court is in receipt of Defendant's request to adjourn the January 14, 2020

settlement conference due to the need for additional discovery. That application is hereby

GRANTED. Accordingly, the January 14 settlement conference is adjourned *sine die*. Discovery is

re-opened *nunc pro tunc*, with all discovery to be completed by **March 31, 2020**.

     The Court will hold a Discovery Status Conference on **Tuesday, March 17, 2020 at 11:00**

**a.m.** in Courtroom 20D, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York,

New York 10007. The parties shall file a joint status letter by **March 10, 2020**. The Clerk is

directed to close ECF 24.

     **SO ORDERED.**


                            *s/ Ona T. Wang*
Dated: January 9, 2020                              **Ona T. Wang**
      New York, New York                          United States Magistrate Judge