```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
THOMAS CRONIN,                                              :
                                                            :
                              Plaintiff,                    :    No. 19-CV-464 (OTW)
                                                            :
              -against-                                     :    **ORDER**
                                                            :
THE LONG ISLAND RAILROAD CO.,                               :
                                                            :
                              Defendant,                    :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Centers for Disease Control and the World Health Organization have advised people to take precautions regarding the COVID-19 pandemic, and the Chief Judge of this Court has entered standing orders regarding the same. *See, e.g.*, 20-MC-155. In order to protect public health while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is hereby

**ORDERED**, that counsel shall conduct work remotely. This includes, but is not limited to, client meetings, work meetings, and hand deliveries of courtesy copies to the Court (courtesy copies can be sent via email or mail). It is further

**ORDERED**, that **fact discovery is adjourned *sine die***. Expert discovery, if any, is suspended absent Court order. On the March 17, 2020 status call with the parties, the parties stated that the only outstanding discovery is the individual medical evaluation ("IME") report. By **April 3, 2020,** the parties are directed to submit a joint letter regarding the status of the IME report and whether parties believe a telephonic settlement conference would be productive if the IME report is not forthcoming. Nothing in this Order prevents the parties from seeking to further modify the pretrial schedule in light of the COVID-19 pandemic (or for any other good cause). Before seeking such relief, the parties must, as always, meet and confer (via remote means) in a good faith effort to reach agreement on how best to fulfill the goals of Rule 1 while avoiding unnecessary health risks. It is further

**ORDERED** that if any party or counsel has any private, personal, familial or medical concerns that they need to share with the Court that would necessitate further orders, counsel may email Wang_NYSDChambers@nysd.uscourts.gov *ex parte* provided that they advise the other parties that they will be contacting the Court *ex parte*.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: March 20, 2020
New York, New York

**Ona T. Wang**
United States Magistrate Judge