```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Thomas Cronin,                                              :
                                                            :
                              Plaintiff,                    :     No. 19-cv-464 (OTW)
                                                            :
              -against-                                     :     **ORDER**
                                                            :
The Long Island Railroad Company,                           :
                                                            :
                              Defendant                     :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, United States Magistrate Judge**:**

The parties have advised the Court that this action has been settled. Accordingly, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated. To be clear, any application to reopen **must** be filed **within thirty days** of this Order; any application to reopen filed thereafter may be denied solely on that basis.

If the parties wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they shall submit the settlement agreement to the Court to be so ordered.

Any pending motions shall be terminated as moot, and all conferences shall be vacated. The Court thanks the parties for their cooperation and counsel for their hard work. The Clerk of Court is directed to close the case.

**SO ORDERED.**

Dated: April 6, 2020
     New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge